UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST EXECUTION                    CIVIL ACTION NO. 04-mbd-10267

To the United States Marshal for the District of Massachusetts or either of her Deputies and to the _BARNSTABLE_ County Deputy Sheriff's Office, Special Process Server:

WHEREAS Cordius Trust has recovered judgment against Donald Kummerfeld on the 30th day of April, 2004, for the sum of $1,418,000.00, debt or damage, pre-judgment interest in the amount of $135,486.74, and post-judgment interest in the amount of $429,081.04 through April 10, 2004, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $1,982,568.10, in the whole, with interest thereon at the rate of 6.87% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at 1 Courthouse Way, Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this _30_ day of _SEPTEMBER_, 19 _2004_.

SEAL

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

(Execution 1st.wpd - 1/98)

[writexec.]

BOST1-838603-1