UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Cordius Trust<br><br>　　　Plaintiff,<br>V.<br><br>Kummerfeld Associates, Inc. and Elizabeth Kummerfeld<br><br>　　　Defendant. | CIVIL NO. 04-10267-WGY |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel on behalf of the Plaintiff, Cordius Trust, in the above-captioned matter.

*Mary L. Cataudella*

---
Mary L. Cataudella, BBO# 553350
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108
Tel:  617-557-5900
Fax: 617-557-5999
E-mail: mcataudella@rc.com

DATED:  April 4, 2005

BOST1-854360-1