# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | | |
|---|---|---|
| **CORDIUS TRUST,** | . | |
| | . | |
| Plaintiff, | . | |
| **v.** | . | **C.A. NO. 05-10759-WGY** |
| | . | |
| **DONALD D. KUMMERFELD,** | . | |
| | . | |
| Defendant. | . | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY

Defendant Donald D. Kummerfeld ("Mr. Kummerfeld") respectfully requests leave to file a short reply to the opposition of plaintiff Cordius Trust ("Cordius") to Mr. Kummerfeld's motion to stay proceedings in this action. As the Court is aware, Mr. Kummerfeld is seeking to prevent the imminent auction of his house. Cordius – which seeks to sell the house in order to satisfy a judgment from the Southern District of New York that is under appeal – has opposed Mr. Kummerfeld's motion. Mr. Kummerfeld believes that a brief reply and supporting declaration, addressing issues of fact and law raised in Cordius' opposition, will assist the Court in deciding the motion.

WHEREFORE, the Court should allow Mr. Kummerfeld to file the reply and declaration.


Respectfully submitted,

DONALD D. KUMMERFELD,
By his attorneys,


/s/ Jeffrey S. Follett
FOLEY HOAG LLP
Jeffrey S. Follett, BBO #564337
Michael Martin, BBO #653876
Foley, Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
*jfollett@foleyhoag.com*
(617) 832-1000

Dated: April 22, 2005

B3021984.2

Assent:

CORDIUS TRUST

By Its Attorneys,


/s/ Bradford S. Babbitt (by permission /s/ Jeffrey S. Follett)
Bradford S. Babbitt, BBO # 566390
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

## CERTIFICATE OF CONFERENCE

Pursuant to L.R. 7.1(2), I certify that I telephoned counsel for the Plaintiff on April 18, 2005 concerning this motion and that counsel assented to this motion.


/s/ Jeffrey S. Follett
Jeffrey S. Follett