UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

........................................

**CORDIUS TRUST,**

                Plaintiff,

v.                                    C.A. NO. 05-10759-WGY

**DONALD D. KUMMERFELD,**

                Defendant.

........................................

## SUPPLEMENTAL DECLARATION OF DONALD D. KUMMERFELD

I, Donald D. Kummerfeld, hereby swear under the pains and penalties of perjury as follows:

1.     I am submitting this declaration in response to Cordius Trust's opposition to my motion for a stay of proceedings in this action.

2.     Cordius claims that I "more than doubled the encumbrance" on my home on March 25, 2004. That is not true. My wife and I refinanced in 20004 so that we could obtain a lower interest rate on our mortgage, not to deplete the property's equity. While the amount of the mortgage did increase slightly – from approximately $650,000 before the refinancing to $700,000 afterward – the actual net proceeds from this refinancing ($34,762.87) were utilized to pay legal fees and other expenses primarily related to the refinancing. Attached collectively at Exhibit A are a letter from the mortgage lender's attorney indicating the amount of proceeds from the refinancing and a proposed settlement statement supplied by our mortgage broker that indicates the amount of closing costs from the refinancing.

B3022568.1

3. Although Cordius suggests that Kummerfeld Associates, Inc. ("KAI") has hundreds of thousands of dollars of property that could be "readily liquidated," Cordius has never made any attempt to seize or attach that property. In fact, Cordius has rejected my offers to convey KAI's property to it. I believe this demonstrates that the property(consisting of used office furnishings), in fact, could not be readily liquidated.

4. Finally, as explained in my declaration of March 24, 2005, KAI and my wife at one time had small interests in some oil and gas partnerships that were disbanded in mid-2004. Cordius has suggested that KAI and my wife must have received a distribution of some kind in connection with the disbandment of those partnerships. They did not. To the contrary, those partnerships were disbanded without notice to us and without our consent. Other than those assets identified in my March 24, 2005 declaration, I am aware of no other assets belonging to me, my wife or KAI with which I could attempt to satisfy Cordius' judgment in this action or to post a supersedeas bond.

Signed under the pains and penalties of perjury this 16th day of April, 2005,

Donald D. Kummerfeld

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL-HAND ON
4/22/05

# EXHIBIT A

# CHAD F. BANK, ESQ.
## ATTORNEY AT LAW

March 31, 2004

Mr. & Mrs. Donald Kummerfeld
19 Muskrat Lane
Webster, MA 02631

**RE: TOWN & COUNTRY CREDIT REFINANCE**

Dear Mr. & Mrs. Kummerfeld:

This correspondence is in regard to the above-entitled matter. Please find enclosed a check in the amount of $34,762.87 which represents your portion of the proceeds associated with your recent refinance on March 25, 2004.

If you have any questions or concerns, please feel free to contact me at your convenience.

Very truly yours,

Chad Bank, Esq.

8 INDUSTRIAL LANE, JOHNSTON, RHODE ISLAND 02919
Phone: 401.954.6100  fax: 401.273.4970

Town and Country Credit Corp.
300 Granite Street, 2nd Floor, Suite 205
Braintree, MA 02184

(781)817-1526

## BORROWER'S ACKNOWLEDGMENT OF FINAL LOAN TERMS

Donald Kummerfeld

19 Muskrat Lane
Brewster, MA 02631

Date: March 26, 2004
Notice: [X] Delivered   [ ] Mailed
Loan Number: 0071335301 - 60161
Description of Credit Request:
[X] 1st Trust Deed/Mortgage   [ ] 2nd Trust Deed/Mortgage
[ ] Other:

Property Address: 19 Muskrat Lane
Brewster, MA 02631                                County of BARNSTABLE

### TYPE OF TRANSACTION:
[ ] Purchase   [X] Refinance   Other ____

| ORIGINAL LOAN TERMS REQUESTED | FINAL LOAN TERMS: |
|---|---|
| [X] Fixed Rate Loan  [ ] Adjustable Rate Loan | [X] Fixed Rate Loan  [ ] Adjustable Rate Loan |
| Amount Financed: $ 661,681.63 | Amount Financed: $ 677,250.02 * |
| Settlement Charges: $ 23,405.37 (Includes all Prepaid Finance Charges) | Settlement Charges: $ 25,574.98 * (Includes all Prepaid Finance Charges) |
| Loan Amount: $ 683,256.00 | Loan Amount: $ 700,000.00 |
| Annual Percentage Rate: 6.275 % | Annual Percentage Rate: 6.410 %* |
| Term: 360 | Term: 360 |
| Initial Interest Rate: 5.990 % | Initial Interest Rate: 6.100 % |
| Margin: 0.000 % | Margin: 0.000 % |
| Prepayment Penalty: [X] YES [ ] NO | Prepayment Penalty: [X] YES [ ] NO |

Borrower(s) and Town and Country Credit Corp. hereby acknowledge that "Final Loan Terms" stated above are based exclusively on information, statements, and representations (all material facts) which have been provided by the borrower(s) which the Lender has relied upon to make this acknowledgement. These "Final Loan Terms" may change prior to loan settlement if Lender subsequently determines or becomes aware of any changes in these material facts. Borrower(s) also acknowledges that if the "Final Loan Terms" change due to a change of material facts, that Lender may require new loan documents to be executed by the borrower(s).


Borrower Donald Kummerfeld        Date        Borrower        Date

Borrower        Date        Borrower        Date

*These amounts may change due to any final adjustments made to the prepaid interest amount collected on your loan at funding.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any rights under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the: FEDERAL TRADE COMMISSION, EQUAL CREDIT OPPORTUNITY, ROOM 4037, WASHINGTON DC, 20580.

0000007133530104046501 01

STMTCO (Rev. 3/99)

Date: March 25, 2004

Name(s): Donald Kummerfeld

Loan Number: 0071335301 - 60161

Property Address: 19 Muskrat Lane
Brewster, MA  02631

## MASSACHUSETTS
## UNIFORM MORTGAGE LOAN COST WORKSHEET

Closing and Settlement Costs may vary among Mortgage Lenders.
You may wish to compare these charges in considering
the total cost of your Mortgage.

| Fee: | | Example* | = Loan Amount x .01 [No. of Points] = | Loan #1 | Loan #2 |
|---|---|---|---|---|---|
| 1. Application Fee | | $360.00 | | 1. | 1. |
| 2. Discount Fee (Points) | 2.905 % | $20,335.00 | | 2. | 2. |
| 3. Origination Fee (Points) | % | $0.00 | | 3. | 3. |
| 4. Appraisal/Prop Valuation | | $900.00 | | 4. | 4. |
| 5. Credit Report | | | | 5. | 5. |
| 6. Lender's Title Ins | | $1,050.00 | = Loan Amount x [Estimated Rate] = | 6. | 6. |
| 7. Abstract or Title Search | | $0.00 | | 7. | 7. |
| 8. Title Examination | | $550.00 | | 8. | 8. |
| 9. Escrow Fee | | $0.00 | | 9. | 9. |
| 10. Attorney Closing Fee | | $195.00 | | 10. | 10. |
| 11. Doc Preparation | | $675.00 | | 11. | 11. |
| 12. Attorney's Fees | | $0.00 | | 12. | 12. |
| 13. Private Mortgage Insurance (PMI) | | | If 5% down payment: Loan Amount x [Estimated PMI Rate] If 10% down payment Loan Amount x [Estimated PMI Rate] = | | |
| 14. Recording/ Transfer Fees | | $325.00 | | 13. | 13. |
| 15. Survey or Plot Plan | | $0.00 | | 14. | 14. |
| 16. Administration Fee | | $239.00 | | 15. | 15. |
| 17. Processing Fee | | $625.00 | | | |
| 18. Flood Search Fee | | $16.00 | | | |
| 19. Tax Service Fee | | $70.00 | | | |
| 20. Underwriting Fee | | | Subtotal Estimated Closing Costs | | |
| Subtotal Estimated Closing Costs | | $25,341.00 | | | |
| 21. Yield Spread Premium (Paid by Lender) | % | | | | |

**Other Potential Closing Costs**

| | | |
|---|---|---|
| Real Estate Taxes | $0.00 | |
| Property Insurance | $0.00 | |
| Interest Paid in Advance | $233.98 | |
| Owner's Title Insurance | $0.00 | |
| Other Charges | | |
| Total Estimated Closing Costs | $25,574.98 | |

There may be additional substantial charges payable at closing such as deposits in escrow for real estate taxes and insurance and prepaid interest which could range from 0 to 30 times the daily rate, depending on the date of closing. Inquire as to the amounts of these items.

* Example based on $100,000 fixed rate loan
with a 20% down payment and a sales price of $125,000

The dollar amount of discount points, origination points and/or yield spread premium will change if the final principal amount of the loan increases or decreases.

We acknowledge receipt of the following:
1. Uniform Mortgage Loan Cost Worksheet
2. Uniform Mortgage Information Disclosure Statement entitled "Consumer Guide to Obtaining a Home Mortgage."

_Donald D Kummerfeld_____    _____
Borrower Donald Kummerfeld              Date

_____    _____
Borrower                                 Date

_____    _____
Borrower                                 Date

_____    _____
Borrower                                 Date

00000071335301040340010

A (Rev 08/03)